UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ZIMMERMAN, GREGORY C<br>ZIMMERMAN, AIMEE L<br><br>Debtor(s) | § Case No. 10-74513<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/18/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 03/30/2011          By: /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ZIMMERMAN, GREGORY C<br>ZIMMERMAN, AIMEE L<br><br>Debtor(s) | § Case No. 10-74513<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $           15,000.11

*and approved disbursements of*              $            2,100.00

*leaving a balance on hand of* [1]           $           12,900.11

**Balance on hand:**                         $           12,900.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:       $               0.00
Remaining balance:                           $           12,900.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,250.01 | 0.00 | 2,250.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 122.61 | 0.00 | 122.61 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,737.50 | 0.00 | 1,737.50 |

Total to be paid for chapter 7 administration expenses:   $           4,110.12
Remaining balance:                                        $           8,789.99

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,789.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,789.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,767.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 29,924.54 | 0.00 | 5,081.10 |
| 2 | Jaime L. Mershon | 19,200.00 | 0.00 | 3,260.11 |
| 3 | Capital One Bank (USA), N.A. | 2,643.05 | 0.00 | 448.78 |

Total to be paid for timely general unsecured claims: $ 8,789.99
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Gregory C Zimmerman
Aimee L Zimmerman
    Debtors

Case No. 10-74513-MB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3      User: cshabez      Page 1 of 2      Date Rcvd: Apr 18, 2011
                     Form ID: pdf006   Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2011.
```
db          +Gregory C Zimmerman,    647 Overture Way,    Roscoe, IL 61073-6425
jdb         +Aimee L Zimmerman,    22808 Poplar Grove Road,    Poplar Grove, IL 61065-9162
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty         +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1088
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16115251     AT&T,    PO Box 8100,    Aurora, IL 60507-8100
16115248    +American Security Insurance Company,    PO Box 50355,    Atlanta, GA 30302-0355
16115249    +Assoc Coll,    113 W Milwaukee St,    Janesville, WI 53548-2913
16115250     Associated Collectors, Inc.,    PO Box 1039,    Janesville, WI 53547-1039
16115252    +Beloit Memorial Hospital,    1969 W. Hart Rd.,    Beloit, WI 53511-2298
16115253    +Benson Stone Co,    1100 11th Street,    Rockford, IL 61104-5061
16115254    +Blackhawk Propane Co,    PO Box 141,    South Beloit, IL 61080-0141
16557923     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
              Oklahoma City, OK  73124-8839
16115256     Cardmember Services,    PO Box 2858,    Omaha, NE 68103-2858
16115257    +Central Credit Services, Inc.,    PO Box 15118,    Jacksonville, FL 32239-5118
16115258    +Chase,    2901 Kinwest Pkwy Suite 300,    Irving, TX 75063-5815
16115259    +Chase Mortgage,    3415 Vision Dr.,    Columbus, OH 43219-6009
16115260    +Citibank Sd, Na,    PO Box 20507,    Kansas City, MO 64195-0507
16115261    +Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
16115265     Direct TV,    PO Box 9001069,    Louisville, KY 40290-1069
16115266    +Echelon Recovery Inc.,    PO Box 1880,    Voorhees, NJ 08043-7880
16115267    +Fnb Omaha,    1620 Dodge St,    Omaha, NE 68197-0003
16115268    +Fulbright & Associates,    PO Box 1510,    Rockford, IL 61110-0010
16115269     G M A C,    Po Box 12699,    Glendale, AZ 85318
16115270     Jaime L. Mershon,    647 Overture Way,    Rockton, IL 61072
16115271    +Nelson, Watson & Associates,    80 Merrimack St Lower Level,    Haverhill, MA 01830-5211
16524148    +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16115272    +Regency Credit,    1403 W 10th Place Suite 110B,    Tempe, AZ 85281-5257
16115273    +Rock Valley Brick,    5901 Material Ave,    Loves Park, IL 61111-4239
16115274     Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0862
16115275    +Southwest Credit,    5910 W. Plano Pkwy. Suite 100,    Plano, TX 75093-2202
16115276    +Tek Collect,    PO Box 1269,    Columbus, OH 43216-1269
16115277    +United Collection Bureau,    5620 Southwyck Blvd. Suite 206,    Toledo, OH 43614-1501
16115279    +Waste Management,    PO Box 9001054,    Louisville, KY 40290-1054
16115280     Winnebago County Treasurer,    PO Box 1216,    Rockford, IL 61105-1216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16115255    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2011 00:12:42      Capital One, N.a.,
              PO Box 54529,    Oklahoma City, OK 73154-1529
16115262     E-mail/Text: legalcollections@comed.com Apr 18 2011 22:54:33      Comed,    PO Box 6111,
              Carol Stream, IL 60197-6111
16115263     Fax: 309-828-9314 Apr 18 2011 23:11:52      Creditors Alliance,    PO Box 1288,
              Bloomington, IL 61702-1288
16115264    +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Apr 18 2011 22:54:35      Creditors Protection S,
              202 W State St Ste 300,    Rockford, IL 61101-1163
16115278     E-mail/Text: bnc@ursi.com Apr 18 2011 22:55:01      United Recovery Systems,    PO Box 722929,
              Houston, TX 77272-2929
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Apr 18, 2011
                              Form ID: pdf006            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2011**                            **Signature:**    *Joseph Speetjens*