**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re:  ZIMMERMAN, GREGORY C  § Case No. 10-74513
     ZIMMERMAN, AIMEE L     §
                            §
Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,350.00             Assets Exempt: $11,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,789.99       Claims Discharged
                                                 Without Payment: $42,977.60

Total Expenses of Administration: $6,210.12

---

   3)  Total gross receipts of $   15,000.11   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $15,000.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,472.62 | 6,210.12 | 6,210.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,066.00 | 51,767.59 | 51,767.59 | 8,789.99 |
| **TOTAL DISBURSEMENTS** | $52,066.00 | $56,240.21 | $57,977.71 | $15,000.11 |

4) This case was originally filed under Chapter 7 on September 10, 2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/27/2011           By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Ford F350 190,000 miles | 1129-000 | 15,000.00 |
| Interest Income | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,250.01 | 2,250.01 | 2,250.01 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 122.61 | 122.61 | 122.61 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 1,737.50 | 1,737.50 |
| Maggio Truck Center, Inc. | 3992-000 | N/A | 300.00 | 300.00 | 300.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Action Auctioneering | 3610-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,472.62 | 6,210.12 | 6,210.12 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 29,924.54 | 29,924.54 | 5,081.10 |
| 2 | Jaime L. Mershon | 7100-000 | 18,500.00 | 19,200.00 | 19,200.00 | 3,260.11 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,643.05 | 2,643.05 | 448.78 |
| NOTFILED | Capital One, N.a. | 7100-000 | 2,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Propane Co | 7100-000 | 509.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,237.00 | N/A | N/A | 0.00 |
| NOTFILED | Benson Stone Co | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Services | 7100-000 | 13,299.00 | N/A | N/A | 0.00 |
| NOTFILED | Assoc Coll | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Beloit Memorial Hospital | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | American Security Insurance Company | 7100-000 | 6,870.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 52,066.00 | 51,767.59 | 51,767.59 | 8,789.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74513  
**Case Name:** ZIMMERMAN, GREGORY C  
ZIMMERMAN, AIMEE L  
**Period Ending:** 07/27/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/10/10 (f)  
**§341(a) Meeting Date:** 10/18/10  
**Claims Bar Date:** 02/22/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Mactown State Bank checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Jewelry | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Greg Zimmerman Masonry LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Honda Odyssey 120,000 miles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Four wheeler | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Ford F350 190,000 miles duplicated entry | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 Ford F350 190,000 miles | 17,000.00 | 0.00 | | 15,000.00 | FA |
| 11 | Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Mixer, scaffolding, misc equipment | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.11 | FA |
| 13 | Assets  Totals (Excluding unknown values) | **$25,350.00** | **$0.00** | | **$15,000.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** March 29, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74513  
**Case Name:** ZIMMERMAN, GREGORY C  
ZIMMERMAN, AIMEE L  
**Taxpayer ID #:** **-***8791  
**Period Ending:** 07/27/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/11 | {10} | Action Auctioneering | Sale proceeds for F350 | 1129-000 | 15,000.00 | | 15,000.00 |
| 03/02/11 | | To Account #9200******8566 | Payment of invoice for towing | 9999-000 | | 300.00 | 14,700.00 |
| 03/24/11 | | To Account #9200******8566 | Pay Auctioneer per 8/23/11 Order | 9999-000 | | 1,800.00 | 12,900.00 |
| 03/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.11 | | 12,900.11 |
| 03/29/11 | | To Account #9200******8566 | Prep. of F. Rpt | 9999-000 | | 12,900.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.11 | 15,000.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,000.11 | |
| | | | **Subtotal** | | 15,000.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.11** | **$0.00** | |

{} Asset reference(s)

Printed: 07/27/2011 02:10 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-74513  
**Case Name:** ZIMMERMAN, GREGORY C  
ZIMMERMAN, AIMEE L  
**Taxpayer ID #:** \*\*-\*\*\*8791  
**Period Ending:** 07/27/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*85-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/11 | | From Account #9200\*\*\*\*\*\*8565 | Payment of invoice for towing | 9999-000 | 300.00 | | 300.00 |
| 03/02/11 | 101 | Maggio Truck Center, Inc. | pymt of towing charges | 3992-000 | | 300.00 | 0.00 |
| 03/24/11 | | From Account #9200\*\*\*\*\*\*8565 | Pay Auctioneer per 8/23/11 Order | 9999-000 | 1,800.00 | | 1,800.00 |
| 03/24/11 | 102 | Action Auctioneering | Pay Auctioneer per 3/23/11 order | 3610-000 | | 1,800.00 | 0.00 |
| 03/29/11 | | From Account #9200\*\*\*\*\*\*8565 | Prep. of F. Rpt | 9999-000 | 12,900.11 | | 12,900.11 |
| 05/18/11 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,737.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,737.50 | 11,162.61 |
| 05/18/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,250.01, Trustee Compensation; Reference: | 2100-000 | | 2,250.01 | 8,912.60 |
| 05/18/11 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $122.61, Trustee Expenses; Reference: | 2200-000 | | 122.61 | 8,789.99 |
| 05/18/11 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 16.97% on $29,924.54; Claim# 1; Filed: $29,924.54; Reference: | 7100-000 | | 5,081.10 | 3,708.89 |
| 05/18/11 | 107 | Jaime L. Mershon | Dividend paid 16.97% on $19,200.00; Claim# 2; Filed: $19,200.00; Reference: | 7100-000 | | 3,260.11 | 448.78 |
| 05/18/11 | 108 | Capital One Bank (USA), N.A. | Dividend paid 16.97% on $2,643.05; Claim# 3; Filed: $2,643.05; Reference: | 7100-000 | | 448.78 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 15,000.11 | 15,000.11 | $0.00 |
| Less: Bank Transfers | 15,000.11 | 0.00 | |
| Subtotal | 0.00 | 15,000.11 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $15,000.11 | |

Net Receipts : 15,000.11  
Net Estate : $15,000.11

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-\*\*\*\*\*\*85-65 | 15,000.11 | 0.00 | 0.00 |
| Checking # 9200-\*\*\*\*\*\*85-66 | 0.00 | 15,000.11 | 0.00 |
| | $15,000.11 | $15,000.11 | $0.00 |

{} Asset reference(s)

Printed: 07/27/2011 02:10 PM    V.12.57